**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** § § § **NO. 3:18CR-536-M** § § **LARRY DUNCAN** § § | |

## NOTICE OF ATTORNEY APPEARANCE

COMES NOW BARRY SORRELS AND STEPHANIE LUCE OLA, Counsel for LARRY DUNCAN and would file this Notice of Attorney Appearance on behalf of the Defendant.

    Respectfully Submitted,

    /s/ Barry Sorrels_____
    BARRY SORRELS – *lead counsel*
    State Bar No. 18855300
    bjs@sorrelshagood.com

    STEPHANIE LUCE OLA
    State Bar No. 24065649
    slo@sorrelshagood.com

    BARRY SORRELS, P.C.
    2515 McKinney Avenue, Suite 940
    Dallas, Texas 75201
    214-720-4040
    214-237-0905 – FAX
    bjs@sorrelshagood.com
    slo@sorrelshagood.com

    ATTORNEYS FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 27, 2019, I electronically filed the foregoing document with the clerk for the United States District Court for the Eastern District of Texas pursuant to its electronic filing system (ECF). The ECF sent a "Notice of Electronic Filing" to the attorneys of record who have consented to accepting service via this method.

                                      s/ Barry Sorrels	_____